# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA PACHECO, an individual,<br><br>          Plaintiff,<br>vs.<br><br>PREFERRED MEAL SYSTEMS, INC., a corporation, ERIC SHELLENBACK, an individual, HEATHER MCDERMOTT, an individual, and DOES 1 through 25, inclusive,<br><br>          Defendants. | CASE NO. 09 CV 1481 JM (RBB)<br><br>**ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL ANSWER**<br><br>Doc. Nos. 23, 24 |

   The parties seek clarification of the court's order granting leave to file a first amended complaint and an amended answer. (Doc. No. 24). The court hereby GRANTS leave to Defendants to file a supplemental answer, which only answers the new claims Plaintiff raises in her first amended complaint, and any corresponding new affirmative defenses, as stipulated to by the parties.

   **IT IS SO ORDERED.**

DATED: November 6, 2009

                         Hon. Jeffrey T. Miller
                         United States District Judge