# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

GABRIELA PACHECO

            **V.**                                 **JUDGMENT IN A CIVIL CASE**

PREFERRED MEAL SYSTEMS, INC, et al

                                    **CASE NUMBER:**    09 CV 1481 JM(RBB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Defendants' motion for sanctions is denied..................................................................................................
..................................................................................................................................................................................

| November 30, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | S/ T. Lee |
|  | (By) Deputy Clerk |
|  | ENTERED ON November 30, 2009 |

09cv1481-JM(RBB)