# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA PACHECO, an individual, | CASE NO. 09 CV 1481 JM (RBB) |
| Plaintiff, | **ORDER DISMISSING CASE** |
| vs. | Doc. No. 47 |
| PREFERRED MEAL SYSTEMS, INC., a corporation, ERIC SHELLENBACK, an individual, HEATHER MCDERMOTT, an individual, and DOES 1 through 25, inclusive, | |
| Defendants. | |

Pending before the court is a joint motion to dismiss this matter with prejudice. (Doc. No. 47). Finding good cause, the court hereby GRANTS the motion. The case is DISMISSED with prejudice. The Clerk of the Court is directed to close the file.

**IT IS SO ORDERED.**

DATED: March 30, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge